| **Fill in this information to identify the case:** | |
|---|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter **11** | |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    **Master Tech Service Corp.**

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

    **aka Master Tech**

3. **Debtor's federal Employer Identification Number (EIN)**    2 7 – 1 8 2 2 5 6 5

4. **Debtor's address**

    **Principal place of business**

    **11496 Luna Road**
    Number   Street
    **Suite 450-500**

    **Dallas**    **TX**    **75234**
    City     State    ZIP Code

    **Tarrant**
    County

    **Mailing address, if different from principal place of business**

    **6304 Sunrise Dr.**
    Number   Street

    P.O. Box

    **North Richland Hills**    **TX**    **76182**
    City     State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number   Street

    City     State    ZIP Code

5. **Debtor's website (URL)**    **www.mastertechtexas.com**

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Master Tech Service Corp.**          Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **2 3 8 9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Master Tech Service Corp.**  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
  - District _____ When _____ Case number _____
  - MM / DD / YYYY
  - District _____ When _____ Case number _____
  - MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When _____
  - MM / DD / YYYY
  - Case number, if known _____
  - Debtor _____ Relationship _____
  - District _____ When _____
  - MM / DD / YYYY
  - Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number    Street
  _____
  _____
  City                 State    ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Master Tech Service Corp.**  Case number (if known) _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/01/2021**
MM / DD / YYYY

X **/s/ Matthew P. Ecoff**
Signature of authorized representative of debtor
**Matthew P. Ecoff**
Printed name
**President & CEO**
Title

Debtor **Master Tech Service Corp.**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | X **/s/ Joyce W. Lindauer**<br>Signature of attorney for debtor | Date | **09/01/2021**<br>MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number     Street

**1412 Main Street, Suite 500**

**Dallas**     **TX**     **75202**
City     State     ZIP Code

**(972) 503-4033**     **joyce@joycelindauer.com**
Contact phone     Email address

**21555700**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **Master Tech Service Corp.**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/1/2021　　　　　　　　　　　　　　　Signature  /s/ Matthew P. Ecoff
　　　　　　　　　　　　　　　　　　　　　　　　　　*Matthew P. Ecoff*
　　　　　　　　　　　　　　　　　　　　　　　　　　*President & CEO*

Date _____　　　　　　Signature _____

1801 Holdings, LLC / ESPA Holdings LLC
1801 Royal Lane
Suite 405
Dallas, TX 75229


Ally
Payment Processing Center
PO Box 9001948
Louisville, KY 40290-1948


American Express
Customer Care/Billing Inquiries
PO Box 981535
El Paso, TX 79998-1535


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Charles Wells
2217 Clearsprings Drive South
Irving, TX 75063


Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


CP LCF III, LLC
c/o MedRealty
14567 North Outer 40
Chesterfield, MO 63017


EMC Insurance
PO Box 219225
Kansas City, MO 64121-9225

```
Ferguson Enterprises 116287
PO Box 847411
Dallas, TX 75284-7411


Home Trust Bank
PO Box 10
Asheville, NC 28802-0010


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


IPFS Corp.
2777 Allen Parkway
Suite 550
Houston, TX 77019


Matthew P. Ecoff
6304 Sunrise Drive
North Richland Hills, TX 76182


Shearer Supply DFW 5276
PO Box 117206
Carrollton, TX 75011


Shearer Supply FP 8681
PO Box 117206
Carrollton, TX 75011


Shearer Supply WTX FP 8921
PO Box 117206
Carrollton, TX 75011


Shearer Supply WXT 8921
PO Box 117206
Carrollton, TX 75011
```

```
The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045



U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242


U.S. Small Business Administration
4300 Amon Carter Blvd.
Suite 114
Fort Worth, TX 76155


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530
```